1  LISA A. RASMUSSEN, ESQ.
2  Nevada Bar No. 7491
   **MCLETCHIE LAW**
3  602 South Tenth Street
4  Las Vegas, NV 89101
   Telephone: (702) 728-5300
5  Fax: (702) 425-8220
6  Email: lisa@nvlitigation.com
   *Attorneys for Defendant Mariam Gharibian*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>MARIAM M. GHARIBIAN; DOE INDIVIDUALS 1 through X, and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No.: 2:25-cv-00586 GMN-NJK<br><br>**MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF 13)** |

COMES NOW the Defendant, Miriam Gharibian, by and through her counsel, Lisa A. Rasmussen, Esq. of the McLetchie Law, and moves this Court for an Order authorizing an extension of time to file her response to Plaintiff's Motion for Summary Judgment filed on December 3, 2025 at ECF 13. The response to the motion is due on today's date and this Motion is timely filed. Ms. Gharibian seeks an extension of time of 14 days (2 weeks), until January 7, 2026 to file her response. This Motion is made and based upon local rule IA 6-1. This is the first request for an extension of time.

1

Plaintiff filed its Motion for Summary Judgment on December 3, 2025. (ECF 13.) A response is due on today's date. Due to the holidays, the undersigned needs additional time to finalize declarations that are necessary to respond to the motion. Additionally, the undersigned is working on a petition for rehearing that is due in the Ninth Circuit on Friday, January 2, 2026 in *United States v. Whitmore*, case number 2:17-cr-110 APG, Circuit docket 24-2299 and there are two interceding holidays that interfere with that deadline: Christmas and New Year's Day.

Additionally, the undersigned was out of the jurisdiction from December 2, until December 7, 2025 when the motion was filed. The following week, December 8 through December 12 was consumed with critical and time-sensitive activities related to *United States v. Figueroa-Torres (US v. Reyes-Castillo)*, 2:19-cr-103 GMN. Thus, there is good cause for an extension of the deadline to respond to Plaintiff's motion.

Finally, it should also be noted that this Court directed this matter to be set for a settlement conference with the magistrate judge. That conference is currently scheduled for April 23, 2026. Thus, the two week extension of time will not cause any prejudice to either party and will not interfere with any other impending deadlines in this matter.

The undersigned reached out to oppose counsel to inquire as to whether Plaintiff would stipulate to this brief two week extension of time given the holidays and the undersigned's other unanticipated deadline in the Whitmore matter. Opposing counsel stated that he was not authorized to stipulate, but that he would not oppose the request. No prior request for an extension of time has been made with regard to this Motion.

Accordingly, it is respectfully requested that this Court grant this request for a two week extension of time to file a response to Plaintiff's Motion for Summary

Judgment and that Ms. Gharibian be permitted to file her response to Plaintiff's Motion on or before January 7, 2026.

Dated this 24th day of December, 2025.

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: Lisa@nvlitigation.com
*Attorneys for Defendant Mariam Gharibian*

**ORDER**

Upon Defendant's Motion, good cause appearing,

IT IS SO ORDERED.   Defendant may file her response to Plaintiff's Motion for Summary Judgment on or before January 7, 2026.

Dated:  December 29, 2025

_____
The Honorable Gloria M. Navarro
United States District Judge

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, via CM/ECF upon all persons registered for service via CM/ECF, as required by local rule, on this 24th day of December, 2025, including but not limited to:

Ms. Gina G. Winspear, Esq.

Matthew A. Sarnoski, Esq.

/s/ *Lisa A. Rasmussen*
An Employee of McLetchie Law