# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

State Farm Fire & Casualty Company,

     Plaintiff(s),

v.

Miriam M. Gharibian,

     Defendant(s).

Case No. 2:25-cv-00586-GMN-NJK

**Order**

This matter is currently set for a settlement conference. Upon review of the parties' settlement statements, holding a settlement conference would be futile. Accordingly, the settlement conference is **VACATED**.

IT IS SO ORDERED.

Dated: April 20, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1