LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: lisa@nvlitigation.com
*Attorneys for Defendant Mariam Gharibian*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARIAM M. GHARIBIAN; DOE INDIVIDUALS 1 through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00586 GMN-NJK<br><br>**STIPULATION OF THE PARTIES RE: MOTION FOR SUMMARY JUDGMENT (ECF 13)** |

COME NOW the parties, Plaintiff STATE FARM FIRE & CASUALTY COMPANY, by and through its counsel, Matthew Sarnoski of Dennett Winspear, and the Defendant, Miriam Gharibian, by and through her counsel, Lisa A. Rasmussen, Esq. of McLetchie Law, and hereby stipulate as follows:

1.     Plaintiff filed its Motion for Summary Judgment (ECF 13), Defendant opposed the Motion (ECF 19), and Plaintiff filed a Reply (ECF 20).

2.     Although this matter was previously set for a settlement conference, the magistrate court vacated the conference. (ECF 21.)

1

3.    The parties are discussing resolution of this matter between themselves and believe that in order to save the judicial resources of this Court, it would be best if they have the opportunity to do so prior to any determination by the Court on the pending motion.

4.    The parties respectfully request that the Court hold off on making any determination on the pending Motion for a period of 45 days and direct the parties to file a status report on or before the 45 day mark if they have not reached a resolution.

5.    This stipulation is made in good faith and in an effort to save judicial resources.  A proposed order appears below.

IT IS SO STIPULATED.


DATED this 11th day of June, 2026.


__/s/ Matthew A. Sarnoski_____
MATTHEW ALLEN SARNOSKI, ESQ.
Nevada Bar No. 9176
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, NV 89129
*Attorneys for Plaintiff State Farm Fire & Casualty Co.*


/s/ Lisa A. Rasmussen_____
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
*Attorneys for Defendant Mariam Gharibian*

2

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall file a joint status report with the Court on or before July 27, 2026 if they are not able to resolve this matter prior to that date advising the Court as to whether they either need additional time to resolve, or whether they prefer the Court make a determination on the pending Motion for Summary Judgment.

IT IS FURTHER ORDERED that if the parties are able to resolve this matter prior to the deadline for the joint status report that they file appropriate pleadings with the Court indicating that the matter has been resolved.

Dated:   June 11, 2026

_____
The Honorable Gloria M. Navarro
United States District Judge